State vs. Walsh et als.

### No. 11,130.

#### THE STATE OF LOUISIANA VS. FRANK JONES.

Same as in cases 11,128, 11,129, State vs same defendant.

APPEAL from the Twenty-first District Court, Parish of St. Charles. *Rost, J.*

*M. J. Cunningham*, Attorney General, for the State, Appellee.

*Hiddleston Kenner* for Defendant and Appellant.

The opinion of the court was delivered by

McENERY, J. The defendant was convicted and sentenced for horse stealing. He has appealed. His defences are the same as in the case of State vs. same defendant, just decided, Nos. 11,128, 11,129, and for the reasons therein assigned, the judgment is affirmed.